TENNESSEE VALLEY AUTHORITY, Appellant, v. POLK COUNTY, Tennessee, Appellee.

No. 10186.

Circuit Court of Appeals, Sixth Circuit.

Oct. 17, 1946.

Joseph C. Swidler, Thomas J. Griffin, and Chas. J. McCarthy, all of Knoxville, Tenn., for appellant.

Harry J. Schaeffer, of Chattanooga, Tenn., C. C. Geer, of Benton, Tenn., and Roy H. Beeler, of Nashville, Tenn., for appellee.

Before ALLEN, MARTIN, and Mc-ALLISTER, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel. And no reversible error appearing in the record, it is ordered that the judgment be, and it hereby is affirmed, for the reasons stated by the District Court in its memorandum opinion filed September 25, 1945, and in its opinion on motions for new trial, filed November 7, 1945. 68 F.Supp. 692.